IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:25-po-0033-DMC-1 |
| Plaintiff, | |
| v. | ORDER |
| RICHARD D. BARKER, | |
| Defendant. | |

A bench trial was held in this matter on July 28, 2025, before the undersigned in Redding, California. At the conclusion of the trial, the Court granted Defendant's request to file written closing arguments. Based on Defendant's representation that he would require a transcript of the trial proceedings in order to prepare his closing argument, the Court directed a briefing schedule to take effect upon the request of either party for transcripts. Two weeks have passed since the bench trial and, to date, no party has requested transcripts. In the absence of a timely request for transcripts, the Court will direct that the parties proceed with filing of written closing arguments.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Government's written closing argument shall be served and filed on or before August 22, 2025.

2. Defendant's written closing argument shall be served and filed within 60 days after the date of service of the Government's written closing argument.

3. The Government may file an optional written reply brief within 10 days after the date of service of Defendant's written closing argument.

Dated: August 13, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE